JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLASTRAC, N.A. | ) CV 09-4775-RSWL |
|                Plaintiff, | ) |
| | ) ORDER REMOVING CASE FROM |
|       v. | ) ACTIVE CASELOAD BY VIRTUE |
| | ) OF BANKRUPTCY FILING |
| CONCRETE SOLUTIONS & SUPPLY | ) |
| | ) |
|              Defendant. | ) |
| | ) |

    The Court having been notified that defendant Concrete Solutions & Supply has filed for Bankruptcy, It is hereby Ordered that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. It is further ordered that counsel for plaintiff shall file semi-annual status reports commencing on May 2, 2011.

DATED: November 2, 2010      RONALD S.W. LEW
                                      _____
                                        Honorable Ronald S.W. Lew

                                        U.S. District Court Judge